**Order entered November 26, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01446-CR

### BRYAN LEE MORRIS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-83729-2016**

## ORDER

We **GRANT** the State's First Motion for Extension of Time to File Its Brief.

We **ORDER** the State's Brief, received by the Court on November 22, 2019, filed as of the date of this order.

/s/  BILL WHITEHILL
    PRESIDING JUSTICE